# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRIS ONOCHIE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DANIELLE DANG, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:18-cv-01696-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 27th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1