THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS ONOCHIE, | CASE NO. C18-1696-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DANIELLE DANG, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's application for appointment of counsel (Dkt. No. 4). Upon reviewing Plaintiff's complaint, the Court concludes that it is appropriate to forward Plaintiff's case for further screening by the Federal Bar Association's Pro Bono Panel. *See* General Order 10 - 05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions). The Court DIRECTS the Clerk to forward the necessary materials, including Plaintiff's application for appointment of counsel and complaint (Dkt. Nos. 3, 4) to the Screening Committee for the Pro Bono Panel. The Clerk is DIRECTED to re-note Plaintiff's application for appointment of counsel (Dkt. No. 4) to March 29, 2019.

//

MINUTE ORDER
C18-1696-JCC
PAGE - 1

DATED this 26th day of February 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk