THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS ONOCHIE,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIELLE DANG, *et al.*,<br><br>    Defendants. | CASE NO. C18-1696-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Clerk is DIRECTED to re-note Plaintiff's motion to appoint counsel (Dkt. No. 4) to April 26, 2019.

DATED this 3rd day of April 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
C18-1696-JCC
PAGE - 1