THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS ONOCHIE,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIELLE DANG, *et al.*,<br><br>  Defendants. | CASE NO. C18-1696-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Clerk is DIRECTED to re-note Plaintiff's motion to appoint counsel (Dkt. No. 4) to June 14, 2019.

DATED this 24th day of May 2019.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER
C18-1696-JCC
PAGE - 1