THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRIS ONOCHIE,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIELLE DANG, *et al.*,<br><br>    Defendants. | CASE NO. C18-1696-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appoint counsel (Dkt. No. 4). The Court referred the motion to the Pro Bono Screening Committee. (Dkt. No. 10.) The Committee recommended that counsel not be appointed. Accordingly, the Court DENIES Plaintiff's motion to appoint counsel (Dkt. No. 4).

DATED this 12th day of June 2019.

                                             William M. McCool
                                             Clerk of Court

                                             s/Tomas Hernandez
                                             Deputy Clerk