THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRIS ONOCHIE, | CASE NO. C18-1696-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DANIELLE DANG, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Danielle Dang, Simratpal Singh, and On Bong Wong's ("Individual Defendants") unopposed motion to extend the deadline to respond to Plaintiff's complaint (Dkt. No. 19). The motion is GRANTED. The deadline for Individual Defendants to respond to Plaintiff's complaint is June 21, 2019.

DATED this 18th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk