UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS ONOCHIE, | CASE NO. C18-1696-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DANIELLE DANG *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case was scheduled for a status conference on Tuesday, December 4, at 9:00 a.m. (Dkt. No. 28.) *Pro se* Plaintiff Chris Onochie failed to appear at the status conference. Plaintiff is hereby ORDERED to show cause why (1) he should not be sanctioned for failing to appear and (2) this case should not be dismissed for failure to prosecute. Plaintiff MUST RESPOND to this order by December 13, 2019.

DATED this 4th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk